No. 90–6116.  CANTERBURY *v.* KALISZ.  Ct. App. Mich.  Certiorari denied.

No. 90–6117.  TAMALE *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–6123.  LANAM *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 90–6125.  HOLMES, AKA RICHARDS *v.* HARDY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–6127.  TAYLOR *v.* T. K. INTERNATIONAL, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–6129.  PETERS *v.* RUNDA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6131.  WALKER *v.* RARDIN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–6133.  DIAZ *v.* ROJESKI ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6134.  SMITH *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 90–6136.  GREENE *v.* DUTCH POINT CREDIT UNION.  App. Ct. Conn.  Certiorari denied.

No. 90–6139.  LEVY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–6140.  LARSON *v.* O'CONNELL ET AL.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 90–6143.  GARAUX *v.* VASQUEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 90–6149.  GUERRERO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–6151.  BROOKS *v.* ATTORNEY GENERAL OF THE STATE OF ALABAMA.  C. A. 11th Cir.  Certiorari denied.